UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Daniel Rye, et al.

                        Plaintiff,

v.                                                          Case No.: 3:23–cv–00628

Lowe's Home Centers, LLC

                        Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 6/5/2024 re [22].

                                                                        Lynda M. Hill
                                           s/ Aubrey Frantz Mattis, Deputy Clerk